# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*U.S.A. v. DAWUD AZIZI JOHNSON*

Case No. 3:14-cr-00015 TMB

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:** ORDER FROM CHAMBERS

Having reviewed Magistrate Judge Roberts' Initial Report and Recommendation on Defendant's Motion to Suppress (Docket No. 60), in conjunction with the parties' Objections and Responses (Docket Nos. 62 & 63), and the Magistrate's Final Report and Recommendation, (Docket 64), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Defendant's Motion to Suppress Custodial Police Statement, (Docket No. 20), Motion to Suppress Closed Container Outside House and Outside Scope of Search Warrant (Docket No. 27), and Motion to Suppress Evidence Seized from Search of Gym Bag (Docket No. 28) are DENIED.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: May 23, 2014